UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CAROL CARTER, *et al.*, on behalf of themselves and all others similarly situated, | ) ) ) ) | Civil Action No. 1:15-cv-01545-PAG Judge Patricia A. Gaughan |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| PJS OF PARMA, INC. d/b/a STANCATO'S ITALIAN RESTAURANT, *et al.*, | ) ) ) | **ORDER APPROVING SECTION 216(b) SETTLEMENT** |
| Defendants. | ) ) | |

The Court has reviewed the parties' Joint Motion for Approval of Section 216(b) Settlement. Based on the Joint Motion and the averments therein, it is hereby ORDERED AND ADJUDGED as follows:

1. The Court hereby accepts and approves the parties' proposed settlement terms and holds that such terms constitute a fair and reasonable settlement of a *bona fide* dispute over the alleged violations of the Fair Labor Standards Act and Ohio Minimum Fair Wages Act; and

2. Within 7 days after the time-period for the opt-in Plaintiffs to have returned their Settlement Claim Form and Release of Claims, the Parties are directed to file a Joint Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that (1) specifically identifies which opt-in Plaintiffs will be dismissed from the case without prejudice, and (2) dismisses the case, in its entirety, with prejudice.

ORDERED this  22nd  day of  August , 2016.

/s/ Patricia A. Gaughan
_____
Judge Patricia A. Gaughan