UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CAROL CARTER, *et al.*, ) | Civil Action No. 1:15-cv-01545-PAG |
| on behalf of themselves ) | |
| and all others similarly situated, ) | Judge Patricia A. Gaughan |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| PJS OF PARMA, INC. d/b/a STANCATO'S ) | |
| ITALIAN RESTAURANT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## STIPULATED NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, the Parties hereby stipulate and give notice that all claims asserted in the case are hereby dismissed ***with*** prejudice as to named Plaintiffs Carol Carter, Destiny Armelli, Mary Heuser, Carrie Hejduk, Judith Lauber, Dawn Melvin, Jeannette McDaniel, Melanie Moyers, Stephanie Sir Louis, Jennifer Welz, Jenny Zellers, Laura Mencini, Brenda DeLuca, Dikeeta Moses, and Stacy York and the following opt-in Plaintiffs:  Robert Brown; Karen Fleshman; Olivia Fleshman; Christine Graor; Cinandrea Harris; Brianna Jesionek; Amber Johnson; Hunter Joseph; Kramer Joseph; Tina Karban; Amber Lombardo; Elizabeth McCoy; Tracy Mickler; Thomas Miller; Jennifer Napier; Geralyn Paulenske; Kelcy Poluka; Brian Richards; Rosemarie Smallwood; Chelsea Styranka; Denise Styranka; Karen Thomas; Kayla Verbosky; and Michelle Whalen.

The Parties further stipulate that the following opt-in Plaintiffs are to be dismissed from the case ***without*** prejudice: Colleen Ballow; Jacqueline DiPerna; Jennifer Harris; and Allyson Thomas.

The Court shall retain jurisdiction to enforce the settlement agreement between the Parties.


Respectfully submitted,

| | |
|---|---|
| /s/ *Stephan I. Voudris*  | /s/  *Brian E. Ambrosia*  |
| Stephan I. Voudris (0055795) | William J. Stavole (0040828) |
| *svoudris@voudrislaw.com* | *wstavole@taftlaw.com* |
| Voudris Law LLC | Brian E. Ambrosia (0079455) |
| 8401 Chagrin Road, Suite 8 | *bambrosia@taftlaw.com* |
| Chagrin Falls, Ohio 44023 | Taft Stettinius & Hollister LLP |
| Phone:  (440) 543-0760 | 200 Public Square, Suite 3500 |
| Fax:  (440) 543-0721 | Cleveland, OH  44114-2302 |
| | Telephone: 216.241.2838 |
| *Attorneys for Plaintiffs* | Fax: 216.241.3707 |

*Attorneys for Defendants PJS of Parma, Inc. d/b/a Stancato's and Lorraine Stancato*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of September, 2016, the foregoing was served by the electronic filing system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system

/s/ Stephan I. Voudris