UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CAROL CARTER, *et al.*, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>PJS OF PARMA, INC. d/b/a STANCATO'S ITALIAN RESTAURANT, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 1:15-cv-01545-PAG<br><br>Judge Patricia A. Gaughan |

So Orderd.
/s/ Patricia A. Gaughan
9/29/16

### STIPULATED NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, the Parties hereby stipulate and give notice that all claims asserted in the case are hereby dismissed *with* prejudice as to named Plaintiffs Carol Carter, Destiny Armelli, Mary Heuser, Carrie Hejduk, Judith Lauber, Dawn Melvin, Jeannette McDaniel, Melanie Moyers, Stephanie Sir Louis, Jennifer Welz, Jenny Zellers, Laura Mencini, Brenda DeLuca, Dikeeta Moses, and Stacy York and the following opt-in Plaintiffs:  Robert Brown; Karen Fleshman; Olivia Fleshman; Christine Graor; Cinandrea Harris; Brianna Jesionek; Amber Johnson; Hunter Joseph; Kramer Joseph; Tina Karban; Amber Lombardo; Elizabeth McCoy; Tracy Mickler; Thomas Miller; Jennifer Napier; Geralyn Paulenske; Kelcy Poluka; Brian Richards; Rosemarie Smallwood; Chelsea Styranka; Denise Styranka; Karen Thomas; Kayla Verbosky; and Michelle Whalen.

The Parties further stipulate that the following opt-in Plaintiffs are to be dismissed from the case *without* prejudice: Colleen Ballow; Jacqueline DiPerna; Jennifer Harris; and Allyson Thomas.